IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| VERNON LEVELLE GUY | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:08cv24-RHW |
| HARRISON COUNTY | DEFENDANT |

### FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 8th day of ~~September~~ December, 2008.

/s/ Robert H. Walker
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE